March 5, 1974.

No. State 53. HODGE, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 215 N. W. 2d 50.)

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Michael R. Klos,* assistant attorney general.

Judgment and order affirmed.

No. 214. CITY OF WAUKESHA, Respondent, v. HANSON, Appellant.

(Also reported in 215 N. W. 2d 50.)

The cause was submitted for the appellant on the brief of *Richard A. Hanson* of Milwaukee, and for the respondent on the brief of *William C. Lawler,* city attorney.

Judgment affirmed.